```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :        18cr41-8(DLC)
                                        :
        -v-                             :           ORDER
                                        :
KEVON GAITHER,                          :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the C.J.A. counsel on duty this day, Carlos M. Santiago, Jr., is appointed to represent the defendant for the violation of supervised release in this action.

SO ORDERED:

Dated:     New York, New York
           February 8, 2022

_____
           DENISE COTE
United States District Judge