```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :     18cr41-8(DLC)
                                        :
            -v-                         :        ORDER
                                        :
KEVON GAITHER,                          :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

For the reasons set forth on the record, it is hereby

ORDERED that the defendant shall be admitted to an inpatient drug treatment facility on April 15, 2022, or as soon thereafter as a bed becomes available, to last for 90 days, as directed by Probation.

SO ORDERED:

Dated:   New York, New York
         April 8, 2022

_____
DENISE COTE
United States District Judge