UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                             :

UNITED STATES OF AMERICA,         :         18cr41-8(DLC)
                             :

       -v-                      :           <u>ORDER</u>
                             :

KEVON GAITHER,                    :
                             :

                Defendant.      :
                             :
----------------------------------------X

DENISE COTE, District Judge:

     Having received the Government's letter of March 31, 2023, it is hereby

     ORDERED that defendant Kevon Gaither (USM # 76195-054) shall be transported from MDC Brooklyn to 500 Pearl Street, New York, NY to arrive at the Courthouse by 10:00 AM on April 3, 2023.  Mr. Gaither shall be release from B.O.P. custody at the Courthouse to the custody of the United States Probation Department for the purpose of being transported to Samaritan Daytop Village and being admitted to its inpatient drug and mental health treatment program, for at least 90 days.

     SO ORDERED:

Dated:     New York, New York
           March 31, 2023

                                   _____
                                      DENISE COTE
                    United States District Judge