```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
UNITED STATES OF AMERICA,             :     18cr41-8(DLC)
                                      :
         -v-                          :     ORDER
                                      :
KEVON GAITHER,                        :
                                      :
                    Defendant.        :
                                      :
-------------------------------------X
```

DENISE COTE, District Judge:

   Having received the Government's letter of June 30, 2023, it is hereby

   ORDERED that a conference addressing the specifications of violation of supervised release will be held on July 21, 2023 at 10:30 AM in Courtroom 18B, 500 Pearl Street.

   SO ORDERED:

Dated:    New York, New York
          July 5, 2023

                                   _____
                                           DENISE COTE
                                   United States District Judge