```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :     18cr41-8(DLC)
                                         :
            -v-                          :     ORDER
                                         :
KEVON GAITHER,                           :
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the conference scheduled for July 21, 2023 is moved to 10:00 AM on the same date in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         July 19, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge