```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :      18cr41-8(DLC)
                                         :
            -v-                          :      ORDER
                                         :
KEVON GAITHER,                           :
                                         :
                        Defendant.       :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the conference scheduled for November 15 is adjourned November 17 at 12:30 PM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         November 3, 2023

                                   _____
                                            DENISE COTE
                                   United States District Judge