```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    18cr41-8(DLC)
                                        :
            -v-                         :    ORDER
                                        :
KEVON GAITHER,                          :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the Government's letter of December 13, 2023, it is hereby

ORDERED that the conference to address the specifications of violations of supervised release scheduled for December 14 is cancelled. The Government shall file a status letter regarding the designation and production of the defendant by January 5, 2024.

Dated:   New York, New York
         December 14, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge