```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :      18cr41-8(DLC)
                                           :
            -v-                            :      ORDER
                                           :
KEVON GAITHER,                             :
                                           :
                  Defendant.               :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the conference to address the specifications of violations of supervised release scheduled for March 1, 2024 is moved to 1:00 PM on the same date.

Dated:   New York, New York
         February 27, 2024

                                   _____
                                            DENISE COTE
                                   United States District Judge